**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MIR ABDUL ZABIH AZIZI,

                                    Petitioner,

v.

JEREMY CASEY, Facility Administrator at the Imperial Regional Detention Facility; et al.,

                                    Respondents.

Case No.:  26cv2677 DMS (GC)

**ORDER GRANTING PETITION**

    This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "concede[ ] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  (Return at 1-2.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  The parties shall file a Joint Status Report within twenty-one (21) days

1

26cv2677 DMS (GC)

of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2677 DMS (GC)